1  Jared Walker (SB#269029)
   P.O. Box 1777
2  Orangevale, CA 95662
   T: (916) 476-5044
3  F: (916) 476-5064
   jared@jwalker.law
4

5  Attorney for Plaintiff
   LISA JOHNSON
6

7                     IN THE UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9  LISA JOHNSON,                          Case No.: 2:24-cv-02081-JDP

10         Plaintiff,

11     v.                                 STIPULATION FOR FIRST EXTENSION
                                          OF TIME FOR PLAINTIFF TO FILE
12 MARTIN O'MALLEY,                       OPENING BRIEF
   Commissioner of Social Security,
13
           Defendant.
14

15

16        IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17 that the time for Plaintiff to file his motion for summary judgment be extended thirty (35) days from

18 the original deadline such that Plaintiff's new deadline, with the Court's approval, will be December

19 4, 2024.  This is Plaintiff's first request for an extension of time and is sought because Plaintiff's

20 counsel needs additional time to prepare Plaintiff's motion for summary judgment based on

21 conflicting deadlines in other matters.  With the Court's approval, the parties further stipulate that

22 all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to

23 coincide with this current extension request.

24 Dated: October 28, 2024                    Respectfully submitted,

25                                            /s/ Jared Walker
                                              Jared Walker,
26                                            Attorney for Plaintiff

27

28

SO STIPULATED:

                                 PHILLIP A. TALBERT
                                 United States Attorney

Dated: October 28, 2024      By:    /s/ *Justin L. Martin
                                     (*authorized by email on *10/28/2024)
                                   JUSTIN L. MARTIN
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

                                        <u>ORDER</u>

IT IS SO ORDERED.

Dated:    October 29, 2024
                                     JEREMY D. PETERSON
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF