Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
LISA JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:24-cv-2081-JDP<br><br>STIPULATION FOR SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended an additional fourteen (14) days from the current deadline such that Plaintiff's new deadline, with the Court's approval, will be December 18, 2024.  This is Plaintiff's second and final request for an extension and is sought due to the length of the record in this case, counsel's prior lack of involvement in this protracted matter that has been pending since 2013, and intervening conflicts in unrelated matters. Counsel's intent in seeking this request is not to inconvenience the Court or parties, and this extension is not sought to unduly delay these proceedings.  With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: December 3, 2024                                      Respectfully submitted,

                                                                            /s/ *Jared Walker*
                                                                            Jared Walker,
                                                                            Attorney for Plaintiff

SO STIPULATED:

                                                PHILLIP A. TALBERT
                                                United States Attorney

Dated: December 3, 2024    By:    /s/ *Justin L. Martin
                                                (*authorized by email on * 12/03/2024)
                                                JUSTIN L. MARTIN
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

                                                  ORDER

IT IS SO ORDERED.

Dated:   December 4, 2024                              _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE